1 | **LAWRENCE J. HUTCHENS** (SBN 117673)
**MICHELLE FONSECA-KAMANA( SBN** 299647)
2 | Attorneys at Law
9047 Flower Street
3 | Bellflower, California 90706
(562) 804-0600 phone
4 | (562) 804-0603 fax

5 | Attorneys for Plaintiff
JENNIFER A. BAXTER

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11

12 | JENNIFER A. BAXTER,　　　　　　　　　) CASE NO. 2:19-cv-01532-JAM-CKD
　　　　　　　　　　　　　　　　　　　　)
13 |　　　　　　　　　　　　　　　　　　　)
14 |　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　) *JAM* [~~PROPOSED~~] **ORDER RE: STIPULATION**
　v.　　　　　　　　　　　　　　　　　　) **FOR FILING OF FIRST AMENDED**
15 |　　　　　　　　　　　　　　　　　　　) **COMPLAINT**
　　　　　　　　　　　　　　　　　　　　)
16 | THOR MOTOR COACH, INC.,　　　　　　 )
　DEMARTINI RV SALES, and DOES 1-　 )
17 | 20,　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
18 |　　　　　　　Defendants.　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
19

20 | Good cause appearing, pursuant to the stipulation of the

21 | parties, plaintiff 's First Amended Complaint may be filed.

22

23 |　　　IT IS SO ORDERED.

24

25 | DATED: _3/4/2020_

　　　　　　　　　　　　　　　　　　THE HON. JOHN A. MENDEZ
26 |　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

27

28

**1**

[PROPOSED] ORDER RE: STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT